UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANACHAK SAKDA; KAYSONE SAKDA,<br><br>                    Plaintiffs,<br>    v.<br><br>GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, as trustee for other Ginnie Mae REMIC Trust 2015-111,<br><br>                    Defendant. | CASE NO.  C19-836RSM<br><br>ORDER OF DISMISSAL |

On January 21, 2020, a Notice of Voluntary Dismissal was filed on behalf of pro se Plaintiffs Anachak Sakda and Kaysone Sakda by Mr. Patrick Brick. Dkt. #7. By Minute Order dated January 24, 2020 (Dkt #8), pro se plaintiffs were notified that Mr. Brick had not appeared in this case and that, pursuant to Local Civil Rule 83.2 and this Court's electronic filing procedures, an attorney must enter an appearance in the case to file on behalf of a party.  The parties were advised that Plaintiffs' Notice of Voluntary Dismissal was procedurally improper until Mr. Brick entered an appearance in this case or the Notice was refiled in accordance with this Court's rules and procedures for pro se filers.  No appearance was filed and the Notice was not refiled. There has been no further activity in this case.

On December 1, 2020 (Dkt #9), the parties were directed to show cause no later than December 18, 2020, why this case should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).   To date, no response has been filed. This action is hereby DISMISSED without prejudice.

DATED this 6th day of January, 2021.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE